1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY G. CRITES, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTH PLAN OF NEVADA, INC., a Nevada Corporation; DOES I-X, and ROE COMPANIES I-X,<br><br>    Defendants. | CASE NO.: 2:11-cv-01281-LRH-LRL<br><br>**STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE** |

    COMES NOW, Plaintiff, BOBBY G. CRITES, by and through his counsel of record, Sean K. Claggett, Esq., and William T. Sykes, Esq., of CLAGGETT & SYKES; and Defendant, HEALTH PLAN OF NEVADA, INC., a Nevada Corporation, by and through its counsel of record, Bryce C. Loveland, Esq., and hereby stipulate as follows:

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, that the above-captioned action, and any claims contained therein, be DISMISSED WITH PREJUDICE, pursuant to the terms of this stipulation, with each party to bear its own attorney fees and costs.

| | |
|---|---|
| DATED this 20 day of Jan, 2012. | DATED this 20th day of January, 2012. |
| CLAGGETT & SYKES | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| _____ | _____ |
| Sean K. Claggett, Esq.<br>Nevada Bar No. 008407<br>William T. Sykes, Esq.<br>Nevada Bar No. 009916<br>8751 W. Charleston Blvd., Ste. 220<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* | Bryce C. Loveland, Esq.<br>Nevada Bar No. 010132<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>*Attorneys for Defendant* |

### ORDER

The parties, have stipulated to dismiss the above-captioned action without prejudice, subject to the terms set forth in the stipulation above, and good cause appearing therefor:

IT IS HEREBY ORDERED that the above-captioned action, and any claims contained therein, be DISMISSED WITH PREJUDICE, pursuant to the terms of this stipulation, with each party to bear its own attorney fees and costs.

DATED this 24th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE